IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JENNIFER RUIZ,

      Plaintiff,               No. 2:08-cv-2579 LKK JFM PS

      vs.

U.S. DEPARTMENT OF EDUCATION, et al.,

      Defendants.           ORDER

_____/

        Plaintiff is proceeding in this action pro se. Plaintiff seeks relief pursuant to and has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis. This proceeding was referred to this court by Local Rule 72-302(c)(21).

        Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security for them. Accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

        The complaint states a cognizable claim for relief. If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

        In accordance with the above, IT IS HEREBY ORDERED that:

1

1. Plaintiff's request to proceed in forma pauperis is granted;

2. The Clerk of the Court shall send plaintiff three USM-285 forms, one summons, an instruction sheet and a copy of the complaint filed October 29, 2008;

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

   a. One completed summons;

   b. One completed USM-285 form for each defendant named in the complaint; and

   c. Four copies of the endorsed complaint filed October 29, 2008.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without prepayment of costs.

5. Failure to comply with this order may result in a recommendation that this action be dismissed.

DATED: November 6, 2008.

UNITED STATES MAGISTRATE JUDGE

001; ruiz.ifp

```
 1
 2
 3
 4
 5
 6
 7
 8                   IN THE UNITED STATES DISTRICT COURT
 9                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10   JENNIFER RUIZ,
11          Plaintiff,               No. 2:08-cv-2579 LKK JFM PS
12      vs.
13
     U.S. DEPARTMENT OF EDUCATION,
14   et al.,                         NOTICE OF SUBMISSION
15          Defendants.                   OF DOCUMENTS
16   _____/
17          Plaintiff hereby submits the following documents in compliance with the court's
18   order filed _____:
19              _____    completed summons form
20              _____    completed USM-285 forms
21              _____    copies of the complaint
22
     DATED:
23
24
                                              _____
25                                            Plaintiff
26
```