IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JENNIFER RUIZ,

    Plaintiff,   No. 2:08-cv-2579 LKK JFM PS

  vs.

U.S. DEPARTMENT OF EDUCATION
FEDERAL STUDENT AID CONDITIONAL
DISABILITY DISCHARGE; PROGRESSIVE
FINANCIAL SERVICES, INC.,

    Defendants.   ORDER

                                     /

        This matter is presently calendared for status conference on April 23, 2009. On April 6, 2009, plaintiff filed a motion for continuance of the status conference. Plaintiff contends that her health condition precludes her from attending the hearing and she seeks a one year stay of this action. Defendant Progressive Financial Services, Inc., has not filed a response to plaintiff's motion.

        Good cause appearing, plaintiff's motion will be partially granted. The status conference will be vacated and this action will be stayed for a period of six months. Plaintiff is cautioned that if her health has not recovered to a point where she can resume prosecution of this action, she may be required to seek counsel to represent her. This court will not stay this action

1

indefinitely. Plaintiff will be directed to file a status report at the end of the six month period so that the stay may be lifted and this case may be scheduled for trial.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The status conference set for April 23, 2009 is vacated.

2. This action is stayed for six months.

3. Within six months from the date of this order, plaintiff shall file a status report pursuant to Federal Rule of Civil Procedure 16 and Local Rule 16-240 and inform the court whether she will continue to represent herself in pro per or whether she has retained counsel to represent her.

DATED: April 21, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

/001; ruiz.vac