IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JENNIFER RUIZ,

    Plaintiff,                          No. 2:08-cv-2579 LKK JFM PS

    vs.

U.S. DEPARTMENT OF EDUCATION
FEDERAL STUDENT AID CONDITIONAL
DISABILITY DISCHARGE; PROGRESSIVE
FINANCIAL SERVICES, INC.,

    Defendants.                    ORDER TO SHOW CAUSE

_____/

        By order filed April 21, 2009, this action was stayed for a period of six months. Plaintiff was directed to file, within six months of April 21, 2009, a status report and to inform the court whether she will continue to represent herself in pro per or whether she has retained counsel to represent her. Plaintiff was cautioned that the could would not stay this action indefinitely. Six months have now passed, and plaintiff has not filed a status report or otherwise responded to this court's order. Thus, plaintiff will be directed to show cause why this action should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for her failure to comply with this court's local rules and court order.

1         In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall
2 show cause, within twenty days, why this action should not be dismissed. Plaintiff is cautioned
3 that failure to respond to this order will result in a recommendation that this action be dismissed.
4 DATED: October 26, 2009.

                                            UNITED STATES MAGISTRATE JUDGE

/001; ruiz.osc