IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JENNIFER RUIZ,

      Plaintiff,                        No. 2:08-cv-2579 LKK JFM PS

     vs.

U.S. DEPARTMENT OF EDUCATION
FEDERAL STUDENT AID CONDITIONAL
DISABILITY DISCHARGE; PROGRESSIVE
FINANCIAL SERVICES, INC.,

      Defendants.               ORDER

_____/

        On December 3, 2009, plaintiff filed objections to this court's November 24, 2009 findings and recommendations. It appears plaintiff's status report crossed in the mail with this court's order. Good cause appearing, the findings and recommendations will be vacated and plaintiff will be granted an additional four months in which to retain counsel to represent her.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The November 24, 2009 findings and recommendations are vacated; and

        2. Plaintiff is granted an additional four months in which to retain counsel to represent her. Plaintiff shall file, within four months from the date of this order, a status report

1

1  informing the court whether she will continue to represent herself in pro per or whether she has
2  retained counsel to represent her.
3  DATED: December 10, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

/001; ruiz.vac