IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JENNIFER RUIZ,

      Plaintiff,                                   No. 2:08-cv-2579 LKK JFM PS

      vs.

U.S. DEPARTMENT OF EDUCATION
FEDERAL STUDENT AID CONDITIONAL
DISABILITY DISCHARGE; PROGRESSIVE
FINANCIAL SERVICES, INC.,

      Defendants.                                <u>ORDER</u>

_____/

        On April 21, 2009, this matter was stayed pending plaintiff's attempt to retain counsel to represent her. On December 11, 2009, plaintiff was granted an additional four months in which to retain counsel. On that date, she was also ordered to file a status report on or before April 11, 2010 informing the court whether she would continue to represent herself in pro per or whether she had retained counsel to represent her.

        On March 12, 2010, defendant Progressive Financial Services, Inc., filed a motion for leave to file a motion to dismiss. Upon review and in light of plaintiff's status report due no later than April 11, 2010, the undersigned finds that defendant will not be prejudiced by waiting an additional two weeks before filing a motion to dismiss.

1  Accordingly, defendant Progressive Financial Services' March 12, 2010 motion
2  for leave to file a motion to dismiss is hereby denied.
3  DATED: March 29, 2010.

UNITED STATES MAGISTRATE JUDGE

/014; ruiz.mot