IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JENNIFER RUIZ,

      Plaintiff,                                    No. 2:08-cv-2579 LKK JFM PS

      vs.

U.S. DEPARTMENT OF EDUCATION
FEDERAL STUDENT AID CONDITIONAL
DISABILITY DISCHARGE; PROGRESSIVE
FINANCIAL SERVICES, INC.,

      Defendants.                                 <u>ORDER</u>

_____/

        On April 21, 2009, this matter was stayed pending plaintiff's attempt to retain counsel to represent her. On December 11, 2009, plaintiff was granted an additional four months in which to retain counsel. On that date, she was also ordered to file a status report on or before April 11, 2010 informing the court whether she would continue to represent herself in pro per or whether she had retained counsel to represent her. On April 8, 2010, plaintiff filed a letter, in which she informs the court that she has not yet retained counsel, but has obtained a referral to an attorney who is reviewing her complaint.

/////

/////

1

1  Due to the fact that this matter was filed on October 29, 2008, IT IS HEREBY
2  ORDERED that a status conference shall be held on June 10, 2010 at 11:00 a.m. in Courtroom
3  No. 26.
4  DATED: April 26, 2010.

UNITED STATES MAGISTRATE JUDGE

/014; ruiz.stat