IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JENNIFER RUIZ,

      Plaintiff,                                No. 2:08-cv-2579 LKK JFM PS

    vs.

U.S. DEPARTMENT OF EDUCATION
FEDERAL STUDENT AID CONDITIONAL
DISABILITY DISCHARGE; PROGRESSIVE
FINANCIAL SERVICES, INC.,

      Defendants.                              <u>ORDER</u>

_____/

        In light of the status conference scheduled in this matter on June 10, 2010, IT IS HEREBY ORDERED that the hearing on defendant's April 28, 2010 motion to dismiss, currently scheduled for June 3, 2010, is continued to June 10, 2010.

DATED: May 27, 2010.

                                                    UNITED STATES MAGISTRATE JUDGE

/014; ruiz.cont

1